IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHARLES TALBERT, | : | CIVIL ACTION |
| Plaintiff | : | |
| | : | |
| v. | : | NO. 13-3181 |
| | : | |
| COMMISSIONER LOUIS GIORLA, et al., | : | |
| | : | |
| Defendants | : | |

### O R D E R

**AND NOW,** this   23rd   day of August, 2013, upon careful consideration of the defendants' motion to dismiss (Document #10), IT IS HEREBY ORDERED that the motion is GRANTED without prejudice.

IT IS FURTHER ORDERED that the plaintiff shall file an amended complaint consistent with my Memorandum within thirty days of the date of this Order. Failure to comply with this Order may result in sanctions, including dismissal of the action, as provided for in the Federal Rules of Civil Procedure.

BY THE COURT:

  /s/ Lawrence F. Stengel
LAWRENCE F. STENGEL, J.